FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| JAMES RYAN, *et al.*, | CV 02-04308 TJH (PLAx) |
| Plaintiffs, | |
| v. | Order |
| MTV NETWORKS, INC., *et al.*, | |
| Defendants. | |

The Court has considered MTV Network's motion for partial summary judgment, together with the moving and opposing papers.

It is Ordered that Defendant's motion be, and hereby is, Granted, as to Plaintiff's claim for false imprisonment.

. . . . . .

. . . . . .



ENTER ON ICMS
NOV 20 2003

54

Order - Page 1 of 2

1  **It is further Ordered** that Defendant's motion be, and hereby is, **Denied**,
2  as to Plaintiff's claims for violation of federal wiretap statutes, negligence, and
3  negligent infliction of emotional distress.

5  Date: November 17, 2003

_____
**Terry J. Hatter, Jr.**
**United States District Judge**