| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | BARRY B. LANGBERG (State Bar No. 45158) |
| 2 | DANIEL A. ROZANSKY (State Bar No. 161647) |
| | MICHAEL J. NIBORSKI (State Bar No. 192111) |
| 3 | 2029 Century Park East, Suite 1800 |
| | Los Angeles, California 90067-3086 |
| 4 | Telephone: 310-556-5800 |
| | Facsimile: 310-556-5959 |

Priority Send ☒
Enter
Closed
JS-6 ☒
JS-2/JS-3
Scan Only

**ORIGINAL**

FILED
CLERK US DISTRICT COURT
MAR 24 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiffs
JAMES RYAN and LAURIE ANN RYAN

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES RYAN and LAURIE ANN RYAN, | ) | Case No. CV 02-04308 TJH (PLAx) |
| Plaintiffs, | ) | **STIPULATION OF DISMISSAL** |
| vs. | ) | |
| MTV NETWORKS, INC., a Delaware Corporation; HARD ROCK HOTEL, INC., a Nevada Corporation; CHRISTOPHER ASHTON KUTCHER, an individual; and DOES 1-100, inclusive | ) | Action filed: April 19, 2002<br>Judge: The Hon. Terry J. Hatter, Jr. |
| Defendants. | ) | |

DOCKETED ON CM
MAR 25 2004
BY _____ 006

50243561V1

STIPULATION OF DISMISSAL

74

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action be and hereby is
3  dismissed with prejudice pursuant to FRCP 41(a)(1).

4

5

6  Dated: March 22, 2004                    STROOCK & STROOCK & LAVAN LLP

7

8                                           By: /s/ Michael J. Niborski
9

10                                          Attorneys for Plaintiffs
                                            JAMES RYAN and
11                                          LAURIE ANN RYAN

12

13 Dated: March 22, 2004                    WHITE O'CONNOR CURRY GATTI &
                                            AVANZADO LLP
14

15

16                                          By: /s/ Jonathan H. Anschell

17                                          Attorneys for Defendants
                                            MTV NETWORKS, INC.,
18                                          HARD ROCK HOTEL, INC.,
                                            and CHRISTOPHER ASHTON
19                                          KUTCHER

20

21                                          IT IS SO ORDERED
                                            Dated 3/23/04
22

23                                          /s/ Terry J. Hatter
                                            United States District Judge
24

25

26

27

28
                                         - 1 -
50243561V1

STIPULATION OF DISMISSAL